■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SYLVESTER CHOLMONDELEY, Appellant.—Order of the Supreme Court, Queens County, dated April 7, 1967, affirmed (cf. *People v Darnley,* 33 NY2d 1000). Rabin, Acting P. J., Hopkins, Martuscello, Christ and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAROL COAR, Also Known as ANNIE CAROLON COAR, Appellant.—Appeal by defendant from a judgment of the County Court, Suffolk County, rendered December 2, 1974, convicting her of the crime of robbery in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed as to the conviction; judgment reversed as to the sentence, on the law; and case remanded to the County Court for resentencing in accordance with the provisions of section 70.00 (subd 3, par [b]) of the Penal Law. The County Court imposed an indeterminate sentence with a one-year minimum upon defendant's conviction of a Class B felony, stating that such sentence was required "by operation of law". However, the imposition of minimum sentences for such felonies are discretionary and must be accompanied by reasons set forth in the record when so imposed. Defendant is entitled to the benefit of the statute. Rabin, Acting P. J., Hopkins, Latham, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD GLADMAN, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered June 18, 1974, convicting him of robbery in the third degree and grand larceny in the third degree, upon a jury verdict, and of grand larceny in the third degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. Defendant's motion to suppress the identification testimony of two witnesses was properly denied (see *Simmons v United States,* 390 US 377). Defendant's failure to request that the count of grand larceny in the third degree be charged in the alternative precludes his raising, on appeal, the contention that his conviction of that count should be reversed and dismissed (CPL 300.40, subd 3, par [b]; CPL 300.50; *People v Williams,* 47 AD2d 262, 264). Rabin, Acting P. J., Martuscello, Cohalan, Margett and Munder, JJ., concur.